IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODNEY JOHNSON,

       Plaintiff,                  No. CIV S-05-1229 WBS KJM

    vs.

ENTERPRISE RENT-A-CAR, et al.,

       Defendants.             <u>ORDER</u>

_____/

        This matter initially was referred to the undersigned for pretrial management because plaintiff was proceeding pro se. Plaintiff is now represented by counsel. Pretrial matters, other than discovery motions, should now be noticed before the District Judge assigned to this action.

        Accordingly, IT IS HEREBY ORDERED that:

        1. This matter is referred back to the District Judge assigned to this action.

        2. All dates pending before the undersigned are vacated; and

/////

/////

/////

1

1    3.  Henceforth the caption on documents filed in this action shall be
2    CIV S-05-1229 WBS KJM.
3    DATED:  November 30, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

9    006
     johnson.ref