JOHNSON & JOHNSON
PETER JOHNSON 165523
319 Railroad Ave., Ste. 201
Pittsburg, CA 94565
(925) 432-7447

Attorney for Plaintiff
Rodney Johnson

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODNEY JOHNSON,<br><br>       Plaintiff,<br><br>       v.<br><br>ENTERPRISE RENT-A-CAR, et. al.,<br><br>       Defendants. | Case No. 2:05 CV 01229-WBS-KJM<br><br>STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL |

TO EACH PARTY AND TO EACH ATTORNEY OF RECORD IN THIS ACTION:

YOU ARE HEREBY NOTIFIED THAT the plaintiff, Rodney Johnson, hereby request this Court order dismissal of the entire above-entitled action, with prejudice. The request is made based on the fact that the case has been settled and the parties are mutually agreeable to dismissal based on the fact of that settlement.

This request is made pursuant to FRCP 41(a)(2) in that the parties have stipulated to the dismissal and the Court is requested to enter a final order thereon.

Dated: January 31, 2007                           Dated: January 31, 2007

/s/ Elizabeth Ison_____                           /s/_Peter Johnson_____
Elizabeth Ison                                    Peter Johnson
Attorney for Defendants                           Attorney for Plaintiff

1 | The Court finding good cause hereby orders that this action is hereby dismissed.

2 | Dated: February 13, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com